# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:24-cr-253-RBD-RMN

MIGUEL ANGEL AGUASVIVAS LIZARDO

AUSA: Robert Sowell

Defense Attorney: Brett Meltzer, CJA Counsel

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **November 25, 2024**<br>4:16 P.M.-4:26 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 10 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | Etienne van Hissenhoven/Spanish | PRETRIAL/PROB: | Juan Cabrera |

**CLERK'S MINUTES**
**INITIAL APPEARANCE/ARRAIGNMENT**

Case called, appearances made, procedural setting by the Court.
Defense oral motion for interpreter- Motion granted- Order to be entered.
Interpreter placed under oath.
Court inquires of the defendant - No issue as to competency.
Court advises defendant of his rights.
Government summarizes the counts in the Indictment and advises of the potential penalties.
Defense oral motion for appointment of counsel-Motion granted- Court appoints CJA- Order to be entered.
Defendant waives formal reading of Indictment and enters a plea of not guilty.
Court sets trial term of January 6, 2025, before Judge Dalton- Criminal Scheduling Order to be entered.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Defendant will remain in custody pending further proceedings.
Court adjourned.