UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 6:24-cr-253-RBD-RMN

MIGUEL ANGEL AGUASVIVAS LIZARDO

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby files this Notice of Maximum Penalties,

Elements of Offense, Personalization of Elements and Factual Basis:

ESSENTIAL ELEMENTS

The essential elements of a violation of 18 U.S.C. § 1956(h), Conspiracy to

Commit Concealment Money Laundering, are as follows:

> First:       Two or more people agreed to try to accomplish a common
>              and unlawful plan to commit concealment money
>              laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i); and
>
> Second:      The Defendant knew about the plan's unlawful purpose
>              and willfully joined in it.

The elements of 18 U.S.C. § 1956(a)(1)(B)(i) are:

> First:       The Defendant knowingly conducted or tried to conduct a
>              financial transaction;
>
> Second:      The Defendant knew that the money or property involved
>              in the transaction were the proceeds of some kind of
>              unlawful activity;

<table>
<tr><td>Third:</td><td>Money or property did come from an unlawful activity, specifically importing, distributing, selling, and otherwise dealing in a controlled substance; and</td></tr>
<tr><td>Fourth:</td><td>The Defendant knew that the transaction was designed, in whole or in part, to conceal or disguise the nature, location, source, ownership, or the control of the proceeds.</td></tr>
</table>

## PENALTY

The penalty for the offense charged in Count One of the Indictment is a maximum sentence of 20 years' imprisonment, a fine of not more than $500,000, or twice the value of the monetary value or instrument involved, whichever is greater, a term of supervised release of not more than 3 years, and a special assessment of $100.

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 982(a)(1), as outlined in the Indictment. Among the items that will be forfeited are the following: at least $1,022,384, representing the funds involved in the offense.

## PERSONALIZATION OF ELEMENTS

For Count One, for some period of time from on or about March 2024, and continuing through at least on or about April 11, 2024, as set forth in the Indictment,

<table>
<tr><td>First:</td><td>Did two or more people agree to try to accomplish a common and unlawful plan to commit concealment money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i)?<br><br>That is,</td></tr>
<tr><td></td><td>a.)   Did you knowingly conduct or try to conduct a financial transaction?</td></tr>
<tr><td></td><td>b.)   Did you know that the money or property involved in the transaction were the proceeds of some kind of unlawful activity?</td></tr>
</table>

        c.)    Did the money or property come from an unlawful activity, specifically importing, distributing, selling, and otherwise dealing in a controlled substance?

        d.)    Did you know that the transaction was designed, in whole or in part, to conceal or disguise the nature, location, source, ownership, or the control of the proceeds?

<u>Second</u>:    Did you know about the plan's unlawful purpose and willfully join in it?

<u>FACTUAL BASIS</u>

Beginning no later than in December 2021 and continuing through April 11, 2024, MIGUEL ANGEL AGUASVIVAS LIZARDO ("AGUASVIVAS") conspired to launder money and has aided and abetted in money laundering. Specifically, on several instances, AGUASVIVAS dropped off large amounts of currency to be laundered in the form of cryptocurrency. On some occasions, an accomplice working with AGUASVIVAS ("Co-Conspirator 1" and/or "Co-Conspirator 2") was with AGUASVIVAS and had ongoing involvement in the money laundering activities. In total, AGUSAVIVAS personally laundered, or attempted to launder, at least $1,022,384 [1] in drug proceeds, as further detailed below.

The chart below summarizes the key transactions/events involving AGUASVIVAS and other co-conspirators. For each of these transactions, the proceeds were obtained from Orlando, Florida before being seized or laundered:

---

[1] The defendant disputes that this is the correct total amount. Specifically, the defendant disputes that the attempted transaction on February 11, 2022 for $273,244 constituted proceeds of unlawful activities. The parties intend on litigating this factual dispute at the sentencing hearing.

3

| Date | Agency | Transaction | Location |
|---|---|---|---|
| April 11, 2024 | DEA Group 12 | Pick up of approximately $170,000 by K.A., later stolen from K.A. during carjacking/kidnapping/murder of K.A. | Orlando, Florida |
| March 15, 2024 | DEA Group 12 | Money Drop by AGUASVIVAS for $111,000 while he was on Facetime with Co-Conspirator 2. | Pembroke Pines, Florida |
| February 11, 2022 | DEA Group 10 | Attempted money drop by AGUASVIVAS (with Co-Conspirator 1 in the car) of $273,244.00; the money was seized on this occasion by law enforcement. | Miramar, Florida |
| November 29, 2021 | FBI | Money Drop by AGUASVIVAS for $210,860 to purchase USDT cryptocurrency. | Miami, Florida |
| December 2, 2021 | FBI | AGUASVIVAS met with CHS and showed the CHS an image of a brick of cocaine and offered to provide a sample. | Miami, Florida |
| December 6, 2021 | FBI | Money Drop by AGUASVIVAS for $228,340 to purchase USDT cryptocurrency. Discussion with CHS about providing cocaine to the CHS. | Miami, Florida |
| December 8, 2021 | FBI | AGUASVIVAS provided a sample of cocaine to the CHS. | Miami, Florida |
| December 13, 2021 | FBI | AGUASVIVAS offered cocaine to CHS; stated he had received kilos of cocaine. | Communications only; no meeting. |
| December 14, 2021 | FBI | Money Drop by AGUASVIVAS for $98,940. | Miami, Florida |
| December 15, 2021 | FBI | Money Drop by AGUASVIVAS for $100,000 in cash for USDT cryptocurrency. | Miami, Florida |

**A. April 11, 2024 - Murder of K.A.**

On April 11, 2024, at around 12:30 p.m., K.A., the wife of AGUASVIVAS, left Homestead, Florida, and began driving her white Dodge Durango to 1440 Guinevere, Dr., Casselberry, Florida, to pick up $170,000 from Giovany Joel Crespo Hernandez ("Crespo Hernandez"). The Guinevere Dr. address is the residence of Moniscabel Romero-Soto, the girlfriend of Crespo Hernandez.

Around the time that K.A. left her home, Crespo Hernandez called Jordanish Torres Garcia ("Garcia"). According to cell site data, K.A. arrived at 1440 Guinevere at 5:13 p.m. and left that location around 5:28 p.m. At 5:32 p.m., K.A. called her husband, AGUASVIVAS. According to AGUASVIVAS, K.A. told him someone "tapped" her vehicle. He stated that he was on FaceTime with her when someone came to the window, and he could see that K.A. was scared. AGUASVIVAS said the phone disconnected and he could not get in contact with her again. Ultimately, K.A. was carjacked, kidnapped, and killed by Garcia, Kevin Ocasio Justiniano ("Ocasio"), and others.

At the time of her murder, DEA Group 12 had an active and ongoing money laundering investigation. Based on that investigation, AGUASVIVAS was a money courier who would pick up drug proceeds in Central Florida and then drop off money to an individual he believed to be a money launderer (but who was actually a DEA undercover agent "UC") for purposes of converting it to cryptocurrency.

On April 11, 2024, DEA was expecting AGUASVIVAS or Co-Conspirator 2 to drop off money from drug proceeds that were being collected in Orlando. Agents

later learned that the reason the deal was cancelled was because the proceeds were stolen during the commission of K.A.'s carjacking and murder.

Phone tolls were later obtained for Crespo Hernandez's phone number (689)-255-8173; AGUASVIVAS's phone number 786-352-0437; and K.A.'s phone number 786-226-2805. The records show that on April 11, 2024, between the hours of 6:14:32 p.m. to 6:54:22 p.m., Crespo Hernandez communicated with Co-Conspirator 1, just after the armed carjacking and kidnapping occurred and during the time the suspects would have been in possession of both the victim and her vehicle.

AGUASVIVAS had incoming calls from and outgoing calls to K.A. throughout the day (including during her drive to Orlando). Around the time that K.A. arrived in Orlando, AGUASVIVAS called Co-Conspirator 1. AGUASVIVAS then received and made calls to a phone number subscribed to an individual in the Dominican Republic (Co-Conspirator-3), who was also being called by Co-Conspirator 1 around the same time. Around the time K.A. was carjacked, AGUASVIVAS received and made calls to Co-Conspirator 1 and one to Co-Conspirator 1's wife's phone. Leading up to the time of the carjacking and killing, Co-Conspirator 1 received and placed calls to AGUASVIVAS and Co-Conspirator-3, who was also calling AGUASVIVAS.

As part of the carjacking/killing investigation, law enforcement interviewed AGUASVIVAS on April 12, 2024, who provided authorities with his cell phone and written consent to search his phone. AGUASVIVAS stated during the interview that he would get paid to invest other people's money in cryptocurrency. A review of

AGUASVIVAS's cellular phone revealed a conversation between AGUASVIVAS and Co-Conspirator 1 about a drug transaction for cocaine on January 26, 2024.

**B. Interview of Cooperating Witness-1**

In April 2024 and September 2024, DEA Group 12 interviewed Cooperating Witness-1, who was a close friend of K.A. CW-1 confirmed that K.A. was engaged in money laundering at the direction of AGUASVIVAS, Co-Conspirator 1 and Co-Conspirator-3. CW-1 reports that AGUASVIVAS was historically involved in drug distribution. Immediately following the February 11, 2022 money rip (referenced below and completed by DEA Group 10), AGUASVIVAS called K.A. and told her to go get the money and money counters from the residence they shared. This call was made in the presence of CW-1. CW-1 observed luggage containing loose cash and two large vacuumed sealed packages, which CW-1 believed contained over $200,000. At some point, AGUASVIVAS met with someone in a black BMW sedan and gave the luggage to that person.

K.A. told CW-1 that she would get paid $1,000 per trip to pick up money. CW-1 stated that K.A. had made over ten trips to the Orlando area to pick up money, all of which were drug proceeds. K.A. used a black Samsung Metro Phone to communicate with the people she would meet with. The same phone was also used by AGUASVIVAS. According to CW-1, AGUASVIVAS and K.A. were separated at the time of her death and AGUASVIVAS was helping K.A. pay rent by giving her the chance to act as a courier and make $1,000 per trip.

CW-1 reports that Co-Conspirator 1 works for AGUASVIVAS in the money laundering operation. In the days after K.A.'s death, CW-1 was with Co-Conspirator 1 when a news story came on about her killing and Co-Conspirator 1 stated, "And to think that was my trip." Co-Conspirator 1 also stated, "if I say the whole truth, I'd have to put people in the middle of it" and "it hurts me, it's [redacted], but nothing obligated her."

**C. March/April 2024 – DEA Group 12's Money Laundering Investigation**

In March and April 2024, DEA Miami Task Force Group 12 were investigating a ring of money launderers who would drop off large amounts of currency to be laundered back to a drug cartel in Colombia in the form of cryptocurrency. In this operation, a DEA undercover ("UC") would act as a money launderer for the cartel and accept a "contract" to receive a delivery of currency. Communications during this operation, including acceptance of the contract, occurred using encrypted messaging applications.

On March 11, 2024, the source was contacted by a money-launderer via WhatsApp communication. The source offered to receive and launder drug proceeds in the amount of $180,000 in Miami, Florida for a negotiated commission of 0.5 percent. The source was directed to provide the money-launderer with a Miami based undercover number, along with the verbal code of "Manuel de Parte de Hugo." The money launder was also provided a serial number from a one-dollar bill (A03680170A). The information was relayed through the source to be exchanged upon the delivery of the currency.

At approximately 2:00 p.m., the UC received a phone call to meet with an unidentified male, later identified as Co-Conspirator 2, at the Chase Bank parking lot located at 14916 Pines Blvd., in Pembroke Pines, Florida. Shortly thereafter, the UCs arrived at the meet location, and waited for Co-Conspirator 2 to arrive.

At approximately 3:00 p.m., Co-Conspirator 2 arrived at the location and parked his vehicle on the driver side of the UC vehicle. Co-Conspirator 2 approached the UC vehicle occupied by the two DEA UCs. UC-1 on the driver side greeted Co-Conspirator 2 and asked him to confirm the last four numbers of the token (serial number of the US dollar bill), which Co-Conspirator 2 stated "0170A." Moments after, Co-Conspirator 2 went back into his vehicle to retrieve a black bag with a navy-blue shoebox inside of it from his rear passenger-side seat. Upon returning to the UC vehicle, Co-Conspirator 2 handed the black bag to UC-1 on the driver side of the vehicle through the window. UC-1 asked Co-Conspirator 2 to confirm the amount, which Co-Conspirator 2 stated that it was "180." Shortly thereafter, UC-1 gave the bag to UC-2, who took control of the black bag, looked inside of it, opened the navy-blue shoe box, and observed an undetermined amount of USC. UC-1 asked Co-Conspirator 2 to write the amount that was in the shoebox on the dollar so he (the UC-1) could take a picture of it for confirmation. Co-Conspirator 2 agreed and wrote "$180" and "3/11" on the token. The currency was bundled in different denominations of 5s, 10s, 20s, and 100s. A white piece of paper with the makeup of denominations was placed on top of one of the bundles.



- **March 15, 2024 – Money Drop by AGUASVIVAS for $111,000**

On March 15, 2024, a UC, wearing an audio and video recording device, arranged to pick up cash at a parking lot located in Pembroke Pines, Florida. At approximately 2:43 p.m., the UC arrived at the vicinity of Chase Bank near Pines Blvd and SW 149th Avenue, in Pembroke Pines, Florid. At approximately 2:45 p.m., AGUASVIVAS arrived in a White BMW SUV at the meet location. AGUASVIVAS greeted the UC and engaged in social conversation. AGUASVIVAS asked the UC to confirm the token (serial number of the US dollar bill), which the UC confirmed that the last four numbers of the token were "6794G."

The UC noticed that AGUASVIVAS was on a Facetime phone call with Co-Conspirator 2. AGUASVIVAS remained on the call with Co-Conspirator 2 during the entire transaction, including when AGUASVIVAS gave the cash to the UC. AGUASVIVAS gave the UC a shopping bag, which contained an undetermined amount of cash. The UC asked AGUASVIVAS how much currency was inside the

bag, which he (AGUASVIVAS) stated that there was "111" and that the money was very well counted. The UC put the bag in the UC vehicle and AGUASVIVAS departed.

Once AGUASVIVAS left the premises, the UC awaited instructions that the area was clear. Subsequently, the UC departed the area and a Broward County Sheriff's K-9 Narcotics handler and his K-9 Zoey conducted a dog sniff of the money container, which alerted positive to the presence of narcotics.

Subsequently, the UC took a .5% fee that was negotiated with the DTO's money broker, deposited the remainder of the cash into an undercover bank account, and then transferred the money to a cryptocurrency wallet provided by the money broker. Images captured from the UC video recorder show AGUASVIVAS during the money drop and the drug proceeds that were laundered:

 

- **April 3, 2024 – Money Drop by Co-Conspirator 2 for $160,000**

On April 3, 2024, the source was contacted by a Colombia based money-launderer via WhatsApp communication, the source offered to receive and launder drug proceeds in the amount of $160,000.00 in Miami, Florida, for a negotiated commission of 1 percent commission. The source was directed to provide the launderer with a Miami based undercover number along with the verbal code of "Richard de parte de William." The launderer was also provided a serial number from a one-dollar bill (L25020761F). The information was relayed through the source to be exchanged upon the delivery of the currency.

On the same day, at approximately 11:05 a.m., the UC arrived at 1560 Sawgrass Corporate Parkway, Sunrise, Florida, meet location and entered the lobby area. A few minutes later, the UC exited the building and made contact with Co-Conspirator 2 at the front entrance. Co-Conspirator 2 delivered $160,000 in drug proceeds. The UC retrieved the large shopping bag from Co-Conspirator 2 and walked back inside the building.

The CHS was then informed by DEA agents that $160,000 was picked up to relay the amount to the launderer. On the same date, the CHS was directed to send the suspected drug proceeds through a USDT cryptocurrency wallet in order to pay out the currency in Colombia masked through trade-based commodities and/or services unitizing the Black-Market Peso Exchange (BMPE) and would use this financial mechanism to facilitate compensation to the drug trafficking organization in Colombia.

- **May 3, 2024 – Co-Conspirator 2 Met with UC to Negotiate 15 Kilo Cocaine Purchase**

From March 11, 2024 through May 3, 2024, the UC had several communications (WhatsApp/Signal calls and texts) with Co-Conspirator 2 related to a drug trafficking venture in South Florida. During these communications, Co-Conspirator 2 told the UC that he was away in the Dominican Republic, as he was looking for "LUNCHES" because he was "DRY," and that his customers were "HUNGRY." Co-Conspirator 2 also stated to the UC that he was looking to purchase large amounts of cocaine, as he can manage large quantities. Moreover, Co-Conspirator 2 told the UC that he (the UC) should know how much he (Co-Conspirator 2) can handle, as he (Co-Conspirator 2) dropped a large amount of cash to the UC when they first met.

During these communications, Co-Conspirator 2 asked the UC for the price per kilogram of cocaine, which the UC stated that it was ranging between 13 - 13.5 ($13,0000 - $13,5000 USD). Co-Conspirator 2 told the UC that the price was fair and that he would be returning on Thursday (May 2, 2024) to Miami, Florida, and that he would be able to meet the UC on Friday (May 3, 2024) to discuss details of a possible drug trafficking venture.

On May 3, 2024, Co-Conspirator 2 met with a DEA UC in Coral Gables, Florida, to negotiate the purchase of 15 kilograms of cocaine.

- **June 5, 2024 – Co-Conspirator 2 Arrested with 10 Kilos of Cocaine**

On June 5, 2024, Co-Conspirator 2 was arrested in the Southern District of Florida following a traffic stop during which he was found in possession of 10 kilograms of cocaine and $191,700. On June 20, 2024, Co-Conspirator 2 was indicted for conspiracy to possess with intent to distribute a controlled substance, and possession with intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1); and conspiracy to engage in money laundering, and money laundering, in violation of 18 U.S.C. §§ 1956(h) and (a)(l)(B)(i). One of the money laundering counts was based on AGUASVIVAS being on a FaceTime call with Co-Conspirator 2 throughout the duration of the March 15 cash delivery to the UC.



**D. February 2022 - DEA Group 10 Money Laundering Investigation**

In or around February 2022, the DEA Miami Field Division Task Force Group 10 (TFG-10) was investigating a drug trafficking organization in the Miami area that was laundering drug proceeds by purchasing cryptocurrency. During the months of January and February 2022, a federal task force officer, acting in an undercover capacity (the "UC"), negotiated with money broker Co-Conspirator 4 to receive bulk cash and exchange it into crypto currency. On February 11, 2022, the UC coordinated with Co-Conspirator 4 to have a money courier meet with the UC and Co-Conspirator 4 to deliver bulk cash.

   a.   **February 11, 2022 Seizure from AGUASVIVAS and Co-Conspirator 1**

On February 11, 2022, the UC received a text from Co-Conspirator 4 advising he was on his way to Miami to meet up with money courier who wanted to exchange bulk cash into crypto currency. Co-Conspirator 4 said he was going to verify the courier had the cash on hand before meeting with the UC.

At approximately 11:25 a.m., Co-Conspirator 4 texted the UC to advise he was about 2 minutes away from the meeting location with the courier. At approximately 11:51 a.m., the UC received a text from Co-Conspirator 4 stating, "I have eyes on the doe," confirming that he had seen the bulk cash from the courier. At 12:04 p.m., the UC received a phone call from Co-Conspirator 4 to see if the UC was nearby. Co-Conspirator 4 also told the UC that he (Co-Conspirator 4), and the buyer/courier would be the ones going up to the UC's office to conduct the transaction.

At approximately 12:15 p.m., the UC arrived at the parking lot. The UC was told that the buyers/couriers were ready. The UC told Co-Conspirator 4 that the office was in the building behind the business and for the couriers to follow them. The courier proceeded to walk towards a black BMW that was in the parking lot and met with the driver (later identified as AGUASVIVAS). Co-Conspirator 1 was a passenger in the car with AGUASVIVAS. Soon after, AGUASVIVAS asked the UC if he was a cop. The UC redirected the question to AGUASVIVAS and said that Co-Conspirator 1 looked like cop. Moments later, Enforcement Group 10 Agents and TFOs approached all parties. Subsequently, $273,244 was seized from the BMW.

AGUASVIVAS was observed driving a 2011 black BMW 328, to the meeting location with Co-Conspirator 1. DEA seized $273,244.00, two firearms, three cellular phones and a BMW from AGUASVIVAS. During the search of AGUASIVAS's BMW, approximately $273,244.00 was located inside a backpack in the rear seat behind the driver side of the BMW and two shoe boxes of bundled cash secured with rubber bands located in the trunk of the BMW.

**E. November/December 2021 – FBI Money Laundering Investigation**

In November and December 2021, AGUASVIVAS conducted money drops to FBI CHS's during the course of an FBI investigation.

- **November 29, 2021 – Money Drop by AGUASVIVAS for $210,860**

On November 28, 2021, an FBI CHS was contacted by and arranged a meet through a Colombian based money broker to purchase approximately $210,000 in

16

cryptocurrency. The transaction was to take place at the Intercontinental Hotel in downtown Miami on November 29, 2021.

On November 29, 2021, the CHS received Whatsapp messages and calls from telephone number +57-310-707-6495, Alex LNU. ALEX's Whatsapp profile revealed a landscape photograph and the name "Crypto Deals Miami." ALEX told the CHS that the messenger had departed and asked for a "selfie" of CHS's shirt and to wait in the lobby. The CHS sent a photo of the shirt being worn by the CHS. Shortly after, ALEX forwarded a message with a photo of a Gray "GAP" sweater with a seatbelt strap across it. ALEX said the person was in the lobby. The CHS met with the man, later identified as AGUASVIVAS, who wore the same Gray "GAP" sweater as the photo previously provided by ALEX.

CHS told AGUASVIVAS that the CHS needed to take the money to the office to verify the count. AGUASVIVAS did not want to let the money go without receiving coins. AGUASVIVAS and associates always gave money and received coins right away. The CHS advised AGUASVIVAS that the money needed to be verified first before transferring the coins. AGUASVIVAS called someone he referred to as his boss, who the FBI later identified. The CHS, AGUASVIVAS, and his boss, agreed to receive all the coins while AGUASVIVAS remained in the lobby area and waited for the money count to be verified during this transaction of approximately $60,350.

There was an issue with the type of wallet provided by AGUASVIVAS and his boss. AGUASVIVAS video called his boss again and eventually it got sorted out.

The CHS then proceeded to transfer the coins and took possession of a shopping bag being held by AGUASVIVAS and walked to a staging location within the building. The CHS subsequently returned to lobby area and notified AGUASVIVAS that the money count was correct.

AGUASVIVAS had an additional approximately $150,000 to purchase coins. The CHS advised AGUASVIVAS that since this quantity was larger, they would have to do a different payment arrangement. AGUASVIVAS video called his boss again and his boss agreed to receive 60% of the coins while AGUASVIVAS remained in the lobby area and waited for the money count to be verified, then the remaining 40% would be transferred. The CHS took possession of a luggage being held by AGUASVIVAS and walked to staging location within the building. The CHS subsequently returned to lobby area and notified AGUASVIVAS that the money count was correct, and proceeded to transfer the coins. Once AGUASVIVAS received the cryptocurrency, he departed and left the area in his vehicle, a black BMW (KVFF22 FL). The count was confirmed to be $210,860, and the cash was taken to the FBI Miami Field Office. In response to the cash provided by AGUASVIVAS, an FBI CHS sent the corresponding USDT.



- **December 2, 2021 – AGUASVIVAS Showed CHS Image of Cocaine**

On December 2, 2021, the CHS previously contacted AGUASVIVAS via Whatsapp messages using telephone number 786-972-7875 and set up a meeting. The CHS met with AGUASVIVAS at La Carreta Restaurant located in Miami, Florida. During the meeting, the CHS and AGUASVIVAS discussed cash to cryptocurrency money deals and narcotics. AGUASVIVAS offered to provide a sample of cocaine to the CHS in the future. AGUASVIVAS explained that he had the ability to move approximately 50 kilograms of cocaine a week in Miami. AGUASVIVAS showed a photo on his cellphone to the CHS of some of the cocaine he handles. The photo showed a brick shaped, white powdery substance with the letter H imprinted on it, which is depicted below:



- **December 6, 2021 - Money Drop by AGUASVIVAS for $228,340**

On December 6, 2021, AGUASVIVAS provided FBI CHS with approximately $228,340, at the Intercontinental Hotel lobby located in Miami, Florida. The cash was to be utilized to purchase USDT at a 2.5% fee. The surveillance was conducted by FBI agents.



- **December 14, 2021 – Money Drop by AGUASVIVAS for $98,940**

On December 14, 2024, AGUASVIVAS met a CHS at the Intercontinental Hotel in Miami, Florida, and provided the CHS with approximately $99,000 in cash from a backpack that he carried into the lobby. The USDT was then sent to the wallet ID that AGUASVIVAS had provided several hours earlier, after the count was verified by agents. During the meeting, the CHS met with AGUASVIVAS's boss via a Facetime video call, and the boss agreed to allow AGUASVIVAS to drop the money and receive the cryptocurrency several hours later after the count was verified.

AGUASVIVAS discussed providing a kilo of cocaine to the CHS and the quality of that cocaine. AGUASVIVAS said they had fifty kilograms and sold it all. AGUASVIVAS says he will tell his boss about the proposition of working from Colombia to Miami directly via private plane.



- **December 15, 2021 – Money Drop by AGUASVIVAS for $100,000**

On December 15, 2021, CHS conducted a $100,000 cryptocurrency deal with AGUASVIVAS. During the deal, AGUASVIVAS provided his boss's phone number to the CHS. AGUASVIVAS agreed to leave the cash with CHS's and receive the coins later. AGUASVIVAS had more cash at home and was driving to Orlando later to stay overnight. All parties agreed that starting with this deal and moving forward, there would only be one coin transfer from CHS's to AGUASVIVAS; there would not be a separate transfer with commission fee to ALEX.

During the deal, AGUASVIVAS provided the CHS's phone number to his boss. After the deal, the boss called the CHS and asked the CHS if he had an account that could receive a wire transfer from the Central Bank of Venezuela and provided the CHS with a picture of a wire transfer that did not go through. The picture shows that the value of the transfer was 1000000900 Euros. He asked the CHS if he could start with a transaction worth a couple of million dollars. The CHS communicated with AGUASVIVAS via Whatsapp messages. CHS asked AGUASVIVAS about the pending request (AGUASVIVAS previously agreed to sell CHS 1 Kilogram of Cocaine); AGUASVIVAS said he was waiting for the man to return from Dominican Republic.

 

The above is merely a summary of some of the events, some of the persons involved, and other information relating to this case. It does not include, nor is it intended to include, all the events, persons involved, or other information relating to this case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ Michael P. Felicetta
MICHAEL P. FELICETTA
Assistant United States Attorney
Florida Bar No. 094468
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
E-mail:    Michael.Felicetta@usdoj.gov

**U.S. v. AGUASVIVAS LIZARDO**       **Case No. 6:24-cr-253-RBD-RMN**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 7, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Brett Meltzer, Esq.

*/s/ Michael P. Felicetta*
MICHAEL P. FELICETTA
Assistant United States Attorney
Florida Bar No. 094468
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
E-mail: Michael.Felicetta@usdoj.gov