UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS. CASE NO: 6:24-cr-253-RBD-RMN

MIGUEL ANGEL AGUASVIVAS
LIZARDO

---

CONSENT TO INSTITUTE A PRESENTENCE INVESTIGATION
AND DISCLOSE THE REPORT BEFORE CONVICTION OR PLEA OF
GUILTY

I, Miguel Angel Aguasvivas Lizardo, hereby consent to a presentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge.

Dated: 4/11/25

Miguel Angel Aguasvivas Lizardo

Dated: 4/11/25

Counsel for Defendant