EXHIBIT A

**Luis Angel Reina**

April 29, 2025

Honorable Judge Dalton

**Miguel Angel Aguasvivas**

To the Honorable Judge Dalton,

Good morning,my name is Luis Angel Reina I am Miguel Angel Aguasvivas
stepfather I am writing to you with a deep pain in my soul for everything that has happened. My wife Milcia
and I have been married since 1998 and working together we were able to bring her four children to live
with us. Since then they all started their own families and have given us many wonderful grandchildren.
As to Miguel he is the proud father of 4 and has one on the way. Miguel ha always been the hardest worker
of all despite being the youngest. He has always a loving father, the children are always taken well care of
and loved. His youngest daughter is staying with us as we have become legal guardians and she misses
him a lot. Miguel has become a sort of leader in the family,he watches over his siblings and is always there
ready to help when needed. His nephews adore him, he always takes them along with his kids the park
on weekends and plays with all of them afterwards he takes them out for ice cream,everyone misses him.
His mother and I started a barbershop with his name as he is a very talented barber and has developed a
loyal following. He is a hardworking man who loves us all and is always willing to help. I sincerely hope that
you take all this into consideration when you make your decision and I pray you will be lenient towards
him so he can reintegrate himself back into society and be with his his children and family as we

all miss
him very much.
I want to thank you for taking the time to read my letter and though it is not very well written it is from
heart.

**Santo Domingo, Dominican Republic**
**April 28th, 2025**

**Honorable Judge Dalton**
Corresponding Court

Dear Honorable Judge Dalton,

I write to you with my heart in my hand and with the utmost respect to offer my testimony as a family and social reference for **Miguel Ángel Aguasvivas Lizardo**, the younger brother of my lifelong best friend, **Milcia Yosandry Aguasvivas Lizardo.**

I have known **Miguel** since he was a child in our hometown in the Dominican Republic. From age two, I shared a close bond with his family, to the point that I consider them my own. We grew up together as neighbors and classmates, and today, I am honored to be the godmother of **Milcia's** daughter, continuing the deep ties of love and friendship that have lasted more than thirty years, even after emigrating to the United States.

The **Aguasvivas Lizardo** family is hardworking, responsible, trustworthy, community-oriented, compassionate, and always willing to serve and stand by others. From his late father, **Rafael Aguasvivas**, to his mother, **Milcia Lizardo-Reina,** and his siblings **Juan, Albayda, and Matthew**—whom I consider my brothers as well—the family has been an example of resilience, faith, and dedication.

**Miguel Ángel** was for many years, the youngest in the family, a curious and affectionate child, eager to discover the world. He became a father at a young age, facing significant challenges, but he has always been committed and present, providing for his children with effort and devotion. He is a young man of good character, a kind-hearted, loving son, brother, uncle, godfather, and a hardworking and supportive friend.

I am aware that **Miguel** is currently facing a serious legal situation. However, I want to sincerely affirm that this mistake does not define who he is or the man he can become. Everyone who loves him—his family, friends, and community—stands ready to support him in this process of personal redirection.

We understand that sometimes young people stray from the path they were raised on, but we also believe in redemption, mercy, and the opportunity to start anew. Just as the Constitution of the United States is based on values of justice, equity, and faith, we appeal to your compassion and humanity, trusting that you will look beyond Miguel's mistake to see his true heart.

Throughout this ordeal, Miguel has embraced faith, giving us hope. We are committed to seeing him reintegrated into society, fulfilling whatever consequences the law imposes, and also giving him a chance to correct his course and continue being the support and light for his family that he has always been.

Thank you for taking the time to consider these words, which come from a heart full of love, concern, and hope for Miguel Ángel Aguasvivas Lizardo.

With respect and gratitude,

**Paola Johanna Santos Vanderlinder**
Paosantosv@gmail.com
**829 745 0501 & 829 848 2123**

June 12th, 2025
3208 NE 11 Drive
Homestead, 33033

Honorable Judge Dalton
Corresponding Court

Dear Honorable **Judge Dalton:**

I write to you with the most profound respect and with my heart in my hand to offer my testimony as the sister of **Miguel Ángel Aguasvivas Lizardo.**

**Miguel** is my younger brother. I have known him every single day of his life, his joys, his struggles, and his essence as a human being. Since our childhood growing up in the Dominican Republic, our family has remained profoundly united, guided by the values our parents instilled in us: responsibility, service, faith, and unconditional love.

Our father, the late **Rafael Aguasvivas**, was a man of great integrity. Our mother, **Milcia Lizardo-Reina,** has been the unwavering pillar of our home. Together, they raised us—**Juan, Albayda, Miguel**, and myself—with a profound sense of community, discipline, and compassion for others. These values live within us, and I know they also live within **Miguel.**

For many years, Miguel was the youngest in the family. I remember him as a curious, gentle, intelligent child with a compassionate heart. Life confronted him with the great challenge of becoming a father at a young age, and although it wasn't easy, he embraced that responsibility with dedication. I am the godmother of his daughter, **Angelyn,** and he is the godfather of my firstborn, **Genesis Guichardo Aguasvivas**. These bonds of love, trust, and family commitment speak to the firm and close relationship we have always maintained as siblings.

Despite the obstacles, Miguel has been a present, hardworking, and devoted father. He is currently the sole provider for his daughter, **Nashaly Marie Aguasvivas Guerrero,** who sadly lost her mother and is now orphaned. **Miguel** has taken on this responsibility with courage and tireless effort, serving as her main emotional, financial, and familial support. His role as a father is not only important, but also essential and irreplaceable in **Nashaly's** life.

I am aware that **Miguel** is facing a serious legal situation. I do not deny the gravity of the matter, but I must also speak from the truth of his character. A single mistake—no matter how serious—cannot erase an entire life of effort, kindness, and potential. I know my brother. He is not a lost cause but a human being who has stumbled and now seeks the opportunity to make things right and move forward.

Our entire family stands by him with love, commitment, and a firm intention to support him in his transformation process. We believe in justice, but we also believe in forgiveness, redemption, and the value of second chances. **Miguel** has turned back to his faith during this difficult time, and that has brought us hope—not only for him but for the future of his children, who deeply need him.

**Honorable Judge Dalton**, I sincerely ask you from the bottom of my heart to consider not only this moment, but all that **Miguel** represents: his story, his humanity, and, above all, his potential. My family and I are fully committed to helping him comply with whatever the law determines and to supporting him as he continues to be a present father, a loving brother, and a responsible citizen with purpose.

Thank you for taking the time to read these words, which come not only from my role as a sister but from the depths of a heart that knows **Miguel Ángel Aguasvivas Lizardo** intimately and firmly believes in his capacity for redemption and renewal.

With sincere respect and gratitude,

**Milcia Yosandry Aguasvivas Lizardo**
Sister of Miguel Ángel Aguasvivas Lizardo

June 13th, 2025
1781 SW 5 Court, Homestead, FL 33030

Estimado Honorable Juez Dalton:

Me dirijo a usted como madre, con el corazón en la mano y una mezcla de dolor, esperanza y compromiso. Mi nombre es **Milcia Lizardo-Reina**, y soy la madre de **Miguel Ángel Aguasvivas Lizardo**, hoy procesado por delitos federales graves.

He sido madre por más de 40 años, y durante todo ese tiempo he vivido con esfuerzo, sacrificio y una fe inquebrantable. Crié a mis hijos bajo principios de amor, respeto y responsabilidad, enfrentando adversidades económicas, migratorias y familiares. Trabajé incansablemente para asegurar su educación, su techo y su bienestar emocional. Nunca tuve lujos, pero siempre entregué todo mi corazón y cada gramo de mi energía para que fueran hombres y mujeres de bien.

Hoy me duele profundamente verlo en esta situación. Me siento herida como madre, no solo por lo que enfrenta, sino porque sé que él no es un hombre malvado ni desalmado. Es un ser humano que ha cometido errores, como muchos, y que hoy está pagando un precio muy alto. Sin embargo, como madre, nunca me cansaré de corregir, de enderezar su camino y de darle el apoyo necesario para reconstruirse.

Miguel es padre de una niña que ha quedado huérfana de madre, y él representa su único soporte emocional, económico y afectivo. El vínculo entre ellos es profundo, y su ausencia prolongada tendría consecuencias irreparables para ella.

Honorable juez, confío en que el sistema de justicia de este país está diseñado no solo para castigar, sino también para **rehabilitar y reinsertar a quienes, como Miguel, muestran arrepentimiento y voluntad de cambio**.

**Consideraciones legales y de rehabilitación:**
1. **El U.S. Sentencing Guidelines Manual**, específicamente bajo la sección **§5H1.6**, permite considerar la **necesidad del cuidado de un menor dependiente** como motivo para reducir una sentencia o considerar medidas alternativas (como libertad supervisada o reclusión domiciliaria).
2. El sistema también contempla **programas de reducción de pena por buena conducta, programas de tratamiento contra adicciones, desarrollo vocacional y reintegración comunitaria**. Entre ellos:
    - **Residential Reentry Centers (RRCs)**: permiten la reintegración social con supervisión.
    - **Second Chance Act**: promueve la rehabilitación y ofrece alternativas de apoyo post-condena.
    - **Federal Reentry Courts**: ofrecen seguimiento estructurado a personas que han cometido delitos no violentos.
3. Asimismo, existen **alternativas a la prisión bajo la Regla 11(c)(1)(C)** del sistema federal, cuando se presentan acuerdos con la fiscalía que incluyen elementos reparadores, compromisos de cooperación o condiciones familiares excepcionales.

Yo, como su madre, estoy dispuesta a asumir con firmeza mi rol en su proceso de transformación. Miguel cuenta con una familia comprometida a ayudarlo a cumplir con lo que la ley determine, y a sostenerlo emocionalmente para que no vuelva a caer en los errores del pasado.

Su Señoría, no justifico lo que ocurrió. Pero le pido que mire más allá del acto, y vea al ser humano, al padre, al hijo, al hermano. Que considere alternativas de justicia restaurativa que le permitan continuar cumpliendo con su rol de padre presente, mientras se rehabilita y aporta a la sociedad.

Gracias por su tiempo, su humanidad y por considerar esta voz que habla desde lo más profundo del alma materna.

Con respeto y esperanza,

**Milcia Lizardo-Reina**
Madre de Miguel Ángel Aguasvivas Lizardo

TRANSLATION TO ENGLISH NEXT PAGE

**From:** Uncle Louie
**Subject:** Translated letter
**Date:** August 5, 2025 at 6:01 PM
**To:** brett@brettmeltzerlaw.com



Honorable Judge Dalton

I am writing you today as you with my heart in my hands with a mix of pain and hope. My name is Milcia Reina Miguel Angel Aguasvivas's mother.
I have been a mother for forty years and during that time I have made a lot of sacrifices and worked very hard to ensure that my children had a stable home, food on the table and a good education. I always taught them good principles, responsibility, respect and good work ethics so they could become good men and women.
Today I am deeply hurt at seeing him facing federal charges. I know in my heart that he is not a bad person but one who made bad choices and now he will face the consequences. I trust the judicial system not only for punishment but also for rehabilitation of those who prove come back to society and become better people.
As his mother I will assume my role as his guide in his reintegration to society and I will always guide him on the right path and correct him when he strays.
Miguel has a 7 year old daughter who recently lost her mother and is now living with me and my husband. This ordeal has been very stressful for her and she misses him very much. She needs his love and support emotionally.

I do not condone what he has done and I do not defend him but I am asking with all due respect to please look beyond his bad choices see the father the son the brother he was and can be again. I know that there rehabilitation programs that can help him in coming home and our whole family is committed to helping him.
I thank you for taking the time to read my letter and I hope you will be lenient and send him home soon.

Width all my respect and hope

Milcia Reina