# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:24-cr-253-RBD-RMN

MIGUEL ANGEL AGUASVIVAS LIZARDO

## ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for entry of an Order of Forfeiture (Doc. 40) **in the amount of $1,022,384**, pursuant to 18 U.S.C. § 982(a)(1) and Fed. R. Crim. P. 32.2(b)(2), which upon entry, shall be a final order of forfeiture as to the defendant.

Being fully advised of the relevant facts, the Court finds the United States has established that the defendant laundered at least $1,022,384 and thus, at least $1,022,384 was involved the money laundering conspiracy offense, in violation of 18 U.S.C. § 1956(h), charged in Count One of the Indictment.

Accordingly, it is hereby **ORDERED, ADJUDGED, and DECREED** that for good cause shown, the United States' Motion (Doc. 40) is **GRANTED**.

It is **FURTHER ORDERED** that, the funds involved in the offense were transferred to third parties, and the United States cannot locate the funds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the

defendant's property up to the $1,022,384 order of forfeiture. The court retains jurisdiction to enter any order necessary to the forfeiture and disposition of any substitute asset.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 12, 2025.

ROY B. DALTON, JR.
**UNITED STATES DISTRICT JUDGE**

Copies to:
Jennifer M. Harrington, AUSA
Counsel of Record